## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

DANIEL FELLNER,

               Plaintiff,

-vs-                                                Case No.  2:10-cv-155-FtM-36SPC

KERRY CAMERON, individually and as Owner
and Investment Consultant of Investment Brokers of
SW Florida, Inc., NANCY CAMERON,
individually and as Owner and Licenced Realtor for
Investment Brokers of SW Florida, Inc.,
INVESTMENT BROKERS OF SW FLORIDA,
INC., US BANK NATIONAL ASSOCIATION, as
Trustee for BAFC 2007-3, RIVERSIDE BANK OF
THE GULF COAST, SECURITY NATIONAL
MORTGAGE COMPANY OF UTAH,
COUNTRYWIDE HOME LOANS SERVICING,
LP, as transferee and assignee of Greenpoint
Mortgage Funding, Inc., and AMERICA'S
SERVICING COMPANY,

               Defendants.

_____/

## <u>ORDER</u>

This matter comes before the Court on the Plaintiff Daniel Fellner's Motion for Enlargement of Time to File a Stipulation Selecting a Mediator  (Doc. #154) filed on January 28, 2011. The Plaintiff states he has tried to reach opposing counsel pursuant to M.D. Fla. Local Rule 3.01(g), but has not been able to speak with Defendant's Counsel to confer on the matter at hand.  The Plaintiff is cautioned that merely attempting to confer but not actually conferring regarding the requested relief does not comply with the Local Rule.  Nevertheless, the Court will review the Motion.

The Court previously extended the deadline to find a mediator from November 30, 2010, to January 28, 2011.  The Plaintiff now moves the Court to again enlarge the deadline by sixty (60) days.  As grounds, the Plaintiff states he filed an Amended Complaint (Doc. # 128) dropping some of the old defendants and adding new ones.  To date not all of the new defendants have been served with the Amended Complaint.  The Plaintiff argues that agreeing on a mediator would be impractical at this point in the proceedings.  As such, the Plaintiff asks for an additional sixty (60) day extension so that all Parties may file a stipulation agreeing to a mediator.

Given that all of the Defendants have yet to be served, stipulating to a mediator would be futile at this point.  Therefore, the Court will grant the extension of time.  However, the Court cautions the Plaintiff that will not look favorably on further extensions of time to name a mediator.

Accordingly, it is now

**ORDERED:**

The Plaintiff Daniel Fellner's Motion for Enlargement of Time to File a Stipulation Selecting a Mediator (Doc. #154) is **GRANTED**.  The Parties have up to and including **Monday, March 28, 2011**, to provide the Court with name, address, and phone number of the mediator.

**DONE AND ORDERED** at Fort Myers, Florida, this   28th   day of January, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record