# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

DANIEL FELLNER,

                Plaintiff,

-vs-                                      Case No. 2:10-cv-155-FtM-36SPC

KERRY CAMERON, individually and as Owner and Investment Consultant of Investment Brokers of SW Florida, Inc., NANCY CAMERON, individually and as Owner and Licenced Realtor for Investment Brokers of SW Florida, Inc., INVESTMENT BROKERS OF SW FLORIDA, INC., US BANK NATIONAL ASSOCIATION, as Trustee for BAFC 2007-3, RIVERSIDE BANK OF THE GULF COAST, SECURITY NATIONAL MORTGAGE COMPANY OF UTAH, COUNTRYWIDE HOME LOANS SERVICING, LP, as transferee and assignee of Greenpoint Mortgage Funding, Inc., and AMERICA'S SERVICING COMPANY,

                Defendants.
_____/

## ORDER

This matter comes before the Court on the Plaintiff, Daniel Fellner's Unopposed Motion for Enlargement of Time to Comply with Disclosure of Expert Witness Reports and the Enlargement of Case Management Deadlines (Doc. #168) filed on April 21, 2011. The Plaintiff moves to enlarge the remaining deadlines in the Case Management and Scheduling Order by 180 days. Pursuant to M.D. Fla. Local Rule 3.01(g), the Plaintiff conferred with the Defendants who do not oppose the enlargement of time.

District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001).

The Amended Complaint was filed approximately six (6) months ago and yet the Plaintiff states he has not yet served all of the Defendants and therefore needs more time to complete discovery and the remaining deadlines in the Case Management and Scheduling Order. Although the Motion is unopposed, the Court cannot find good cause to increase the dates in the Case Management and Scheduling Order by 180 days. Nevertheless the Court will allow a sixty day extension on the remaining deadlines. Accordingly, it is now

**ORDERED:**

The Plaintiff, Daniel Fellner's Unopposed Motion for Enlargement of Time to Comply with Disclosure of Expert Witness Reports and the Enlargement of Case Management Deadlines (Doc. #168) is **GRANTED** as follows:

| | |
|---|---|
| Mandatory Initial Disclosures (pursuant to Fed. R. Civ. P. 26(a)(1) as amended effective December 1, 2000) | **Completed** |
| Certificate of Interested Persons and Corporate Disclosure Statement by all parties who have not previously filed | **Immediately** |
| Motions to Add Parties or to Amend Pleadings | **Completed** |
| Disclosure of Experts           Plaintiff:<br>                                              Defendant: | **June 27, 2011**<br>**July 22, 2011** |
| Discovery Deadline | **August 22, 2011** |

| | |
|---|---|
| Mediation            Deadline:<br>Mediator:<br>Address:<br>Telephone:<br>If no Mediator is selected herein the Parties shall file a stipulation selecting a mediator within eleven days of the date of this Order | **September 6, 2011** |
| Dispositive Motions, *Daubert*, and *Markman* Motions | **September 20, 2011** |
| Meeting In Person to Prepare Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Forms (With diskette), Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form) | **January 18, 2012** |
| All Other Motions Including Motions *In Limine*, Trial Briefs | **January 27, 2012** |
| Final Pretrial Conference         Date:<br>Time:<br>Judge: | **February 21, 2012**<br>**1:30pm.**<br>**Hon Charlene Edwards Honeywell** |
| Trial Term Begins<br>(Trials Before Magistrate Judges Begin on Date Certain) | **March 5, 2012** |
| Estimated Length of Trial | **5 days** |
| Jury/Non Jury | **Jury** |

**DONE AND ORDERED** at Fort Myers, Florida, this __29th__ day of April, 2011.

_SheriPolsterChappell_
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record