UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL FELLNER,

                Plaintiff,

-vs-                                      Case No. 2:10-cv-155-FtM-36SPC

KERRY CAMERON, individually and as Owner
and Investment Consultant of Investment Brokers of
SW Florida, Inc., NANCY CAMERON,
individually and as Owner and Licenced Realtor for
Investment Brokers of SW Florida, Inc.,
INVESTMENT BROKERS OF SW FLORIDA,
INC., US BANK NATIONAL ASSOCIATION, as
Trustee for BAFC 2007-3, RIVERSIDE BANK OF
THE GULF COAST, SECURITY NATIONAL
MORTGAGE COMPANY OF UTAH, and
AMERICA'S SERVICING COMPANY,

                Defendants.
_____/

## ORDER

This matter comes before the Court on the Defendants, Steven O. Shaffer and Banyan Title and Escrow, Inc.'s Unopposed Motion for Six Month Enlargement of Remaining Case Management Deadlines (Doc. #206) filed on July 8, 2011. As grounds for enlarging the Case Management and Scheduling Order, the Defendants state that they were not served in this action until June 7, 2011, even though the Amended Complaint that proposes to add them as Defendants was filed in October of 2010. The Defendants note that most of the deadlines are now only weeks away and that with being added only a few weeks ago, they have not had an opportunity to participate in discovery or become involved in the case. Thus, they move the Court to add an additional six months to each of the remaining deadlines in the Case Management and Scheduling Order. Pursuant to M.D. Fla Local

Rule 3.01(g), the Defendants conferred with all Parties of record and no one opposes the requested relief.

District courts have broad discretion in managing their cases. <u>Chrysler Int'l Corp. v. Chenaly</u>, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. <u>Id.</u> (citing <u>Johnson v. Bd. of Regents of Univ. Georgia</u>, 263 F.3d 1234, 1269 (11th Cir. 2001). The Court finds good cause to grant the requested relief but finds that the six months requested by the Defendants is excessive. Therefore, the Court will grant the motion but limit the enlargement of the remaining deadlines to three months.

Accordingly, it is now

**ORDERED:**

The Defendants, Steven O. Shaffer and Banyan Title and Escrow, Inc.'s Unopposed Motion for Six Month Enlargement of Remaining Case Management Deadlines (Doc. #206) is **GRANTED**. The Case Management and Scheduling Order is modified as to all parties as follows:

| Disclosure of Experts      Plaintiff: Defendant: | **Completed** **October 20, 2011** |
|---|---|
| Discovery Deadline | **November 21, 2011** |
| Mediation      Deadline: Mediator: Address: Telephone: If no Mediator is selected herein the Parties shall file a stipulation selecting a mediator within fourteen days of the date of this Order | **December 5, 2011** |
| Dispositive Motions, *Daubert*, and *Markman* Motions | **December 19, 2011** |

| | |
|---|---|
| Meeting In Person to Prepare Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Forms (With diskette), Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form) | **April 18, 2012** |
| Joint Pretrial Statement | **May 4, 2012** |
| All Other Motions Including Motions *In Limine*, Trial Briefs | **May 4, 2012** |
| Final Pretrial Conference    Date:<br>Time:<br>Judge: | **May 21, 2012**<br>**1:30pm**<br>**Hon. Charlene Edwards Honeywell** |
| Trial Term Begins<br>(Trials Before Magistrate Judges Begin on Date Certain) | **June 4, 2012** |

**DONE AND ORDERED** at Fort Myers, Florida, this  11th  day of July, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record