**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

DANIEL FELLNER,

                      Plaintiff,

-vs-                                        Case No.   2:10-cv-155-FtM-36SPC

KERRY CAMERON, individually and as Owner and Investment Consultant of Investment Brokers of SW Florida, Inc., NANCY CAMERON, individually and as Owner and Licensed Realtor for Investment Brokers of SW Florida, Inc., INVESTMENT BROKERS OF SW FLORIDA, INC., SECURITY NATIONAL MORTGAGE COMPANY OF UTAH, ROYAL PALM MORTGAGE, INC., JOHN MURNANE, individually and as President of Royal Palm Mortgage, Inc., BANYAN TITLE & ESCROW, INC., STEVEN O. SHAFFER, individually and as President of Banyan Title, AMERICA'S FIRST HOME, LLP, AMERICA'S FIRST HOME, AMERICA'S FIRST HOME OF SOUTHWEST FLORIDA, LLP AMERICA'S FIRST HOME OF SOUTHWEST FLORIDA, BARRY E. FREY, individually and as Registered Agent for America First Home, America's First Home, LLP, America's First Home of Southwest Florida and America's First Home of Southwest Florida, LLP

-and-

WELLS FARGO BANK, N.A., Successor by merger to Wells Fargo Home Mortgage, Inc.,

                      Defendants.
_____/

## **ORDER**

      This matter comes before the Court on Defendants', Barry E. Frey, individually and as Registered Agent for America's First Home, America's First Home, LLP, America's First Home

of Southwest Florida and America's First Home of Southwest Florida, LLP, Motion for Enlargement of Case Management Deadlines (Doc. # 223), filed on October 20, 2011. As grounds for enlarging the Case Management and Scheduling Order, the Defendants state that Plaintiff's Amended Complaint (Doc. # 128) was filed on October 28, 2010 and the moving Defendant was not served until February 22, 2011. On September 20, 2011 the Court allowed Plaintiff fourteen (14) days to file a second amended complaint after dismissal without prejudice of its Amended Complaint (Doc. # 215 and 216), with a filing deadline of October 28, 2011. As grounds, Defendant states "[t]here is a very short period of time (approximately three weeks) between the deadline for filing the second amended complaint and the current discovery deadline." (Doc. # 223). Defendant further states, "it would be near impossible and prejudicial…to propound discovery, take depositions, schedule mediation and be properly prepared to file dispositive Motions within the deadlines. Thus, Defendants move the Court to add an additional six months to each of the remaining deadlines in the Case Management and Scheduling Order. Pursuant to M.D. Fla. Local Rule 3.01(g), the Defendants conferred with all Parties of record and no one opposes the requested relief.

      District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001). The Court finds good cause to grant the requested relief but finds that the six months requested by the Defendants is excessive. Therefore, the Court will grant the motion and limit the enlargement of the remaining deadlines.

Accordingly, it is now

**ORDERED:**

The Defendants', Barry E. Frey, individually and as Registered Agent for America's First Home, America's First Home, LLP, America's First Home of Southwest Florida and America's First Home of Southwest Florida, LLP, Motion for Enlargement of Case Management Deadlines (Doc. # 223) is **GRANTED**.

The Case management and Scheduling Order is modified as to all parties as follows:

<u>Case Management and Scheduling Order</u>

| | |
|---|---|
| Disclosure of Experts<br>Plaintiff:<br>Defendant: | **Completed**<br>**April 18, 2012** |
| Discovery Deadline | **May 20, 2012** |
| Mediation Deadline:<br>Mediator:<br>Address:<br>Telephone:<br>If no Mediator is selected herein the Parties shall file a stipulation selecting a mediator within eleven days of the date of this Order | **June 3, 2012** |
| Dispositive Motions, *Daubert*, and *Markman* Motions | **June 17, 2012** |
| Meeting In Person to Prepare Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Forms (With diskette), Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form) | **October 15, 2012** |
| Joint Pretrial Statement | **October 31, 2012** |
| All Other Motions Including Motions *In Limine*, Trial Briefs | **October 31, 2012** |
| Final Pretrial Conference Date:<br>Time:<br>Judge: | **November 17, 2012**<br>**1:30pm**<br>**Hon. Charlene Edwards Honeywell** |

| | |
|---|---|
| Trial Term Begins<br>(Trials Before Magistrate Judges Begin on Date Certain) | **December 1, 2012** |

**DONE AND ORDERED** at Fort Myers, Florida, this  25th  day of October, 2011.

_____
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:   All Parties of Record