UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**DANIEL FELLNER,**

    **Plaintiff,**

**V.**     Case No:  2:10-CV-155-FtM-UASPC

**KERRY CAMERON, NANCY CAMERON, INVESTMENT BROKERS OF SW FLORIDA, INC., US BANK NATIONAL ASSOCIATION, RIVERSIDE BANK OF THE GULF COAST, SECURITY NATIONAL MORTGAGE COMPANY OF UTAH, AMERICAS SERVICING COMPANY, WELLS FARGO BANK, NA, BARRY E. FREY, AMERICAS FIRST HOME OF SOUTHWEST FLORIDA, LLP, AMERICAS FIRST HOME, LLP, ROYAL PALM MORTGAGE, INC., JOHN MURANE, BANYAN TITLE & ESCROW, INC., STEVEN O. SHAFFER, AMERICAS FIRST HOME, AMERICAS FIRST HOME OF SOUTHWEST FLORIDA and SECURITYNATIONAL MORTGAGE COMPANY**

    **Defendants.**

_____/

## **ORDER**

This matter comes before the Court on the Plaintiffs Motion for Case Management Conference (Doc. # 261) filed on March 15, 2012.  The Court granted the Motion for a Pretrial

1

Conference which was held before the Undersigned on April 3, 2012. Counsel for all Parties was present.

During the conference, outstanding discovery issues were discussed and the Parties were directed to proceed with discovery even through there are dispositive Motions to Dismiss still pending before the Court. The Parties agreed that more time would be needed to address outstanding discovery issues, take depositions, and file further motions. As such, the Court agreed to enlarge the current Case Management and Scheduling Order by six (6) months. There were no objections to the Court's proposed dates as outlined below.

The Parties are directed to pursue discovery in accord with the Local and Federal Rules of Civil Procedure, to cooperate in the discovery process, and to comply with the amended deadlines in this Order.

Accordingly, it is now

**ORDERED:**

The Case Management and Scheduling Order will be modified as follows:

| | |
|---|---|
| Disclosure of Experts     Plaintiff:<br>                                          Defendant: | **September 15, 2012**<br>**October 15, 2012** |
| Discovery Deadline | **November 16, 2012** |
| Mediation                      Deadline:<br>                                    Mediator:<br>                                    Address:<br>                                  Telephone:<br>If no Mediator is selected herein the Parties shall file a stipulation selecting a mediator within eleven days of the date of this Order | **November 29, 2012** |

| | |
|---|---|
| Dispositive Motions, *Daubert*, and *Markman* Motions | **December 30, 2012** |
| Meeting In Person to Prepare Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Forms (With diskette), Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form) | **April 13, 2013** |
| Joint Final Pretrial Statement | **April 30, 2013** |
| All Other Motions Including Motions *In Limine*, Trial Briefs | **April 30, 2013** |
| Final Pretrial Conference         Date: Time: Judge: | **May 21, 2012** **9:30am** **UNASSIGNED** |
| Trial Term Begins (Trials Before Magistrate Judges Begin on Date Certain) | **June 3, 2013** |

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of April, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record

3