UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL FELLNER,

        Plaintiff,

v.                           Case No. 2:10-cv-155-FtM-UA-SPC

KERRY CAMERON, ET AL.,

        Defendants.
_____/

## ORDER

This cause comes before the Court pursuant to the July 25, 2012, Report and Recommendation of Sheri Polster Chappell, United States Magistrate Judge (Doc. # 279), in which Judge Chappell recommends that Plaintiff Daniel Fellner's Motion to Amend (Doc. # 276) be granted in part and denied in part and that Plaintiff be granted leave to file his Fourth Amended Complaint with the exception that Counts I and II be brought against Defendant Kerry Cameron only.  Judge Chappell further recommends that the Fourth Amended Complaint be revised prior to filing in accordance with the above.

As of this date, there are no objections to the Report and Recommendation, and the time for the parties to file such objections has elapsed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and

recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of Judge Chappell and adopts the recommendation of Judge Chappell.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation of Sheri Polster Chappell, United States Magistrate Judge (Doc. # 279), is **ACCEPTED** and **ADOPTED.**

(2)   Plaintiff Daniel Fellner's Motion to Amend (Doc. # 276)
      is **GRANTED IN PART** and **DENIED IN PART** and Plaintiff is
      granted leave to file his Fourth Amended Complaint with
      the exception that Counts I and II shall be brought
      against Defendant Kerry Cameron only.  The Fourth Amended
      Complaint shall be revised prior to filing in accordance
      with the above.

(3)   Plaintiff shall file his revised Fourth Amended Complaint
      on or before August 21, 2012.

      **DONE** and **ORDERED** in Ft. Myers, Florida, this <u>14th</u> day of
August, 2012.


                         VIRGINIA M. HERNANDEZ COVINGTON
                           UNITED STATES DISTRICT JUDGE


Copies: All Counsel of Record