UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL FELLNER,

     Plaintiff,

v.                                    Case No. 2:10-cv-155-FtM-UA-SPC

KERRY CAMERON, NANCY CAMERON,
INVESTMENT BROKERS OF SW
FLORIDA, INC., US BANK NATIONAL
ASSOCIATION, RIVERSIDE BANK OF
THE GULF COAST, SECURITY
NATIONAL MORTGAGE COMPANY OF
UTAH, AMERICA'S SERVICING
COMPANY, WELLS FARGO BANK, NA,
BARRY E. FREY, AMERICA'S FIRST
HOME OF SOUTHWEST FLORIDA, LLP,
AMERICA'S FIRST HOME, LLP, ROYAL
PALM MORTGAGE, INC., JOHN
MURANE, BANYAN TITLE & ESCROW,
INC., STEVEN O. SHAFFER, and
SECURITYNATIONAL MORTGAGE
COMPANY,

     Defendants.

                    /

**ORDER**

This cause comes before the Court pursuant to the October 5, 2012, report and recommendation of Sheri Polster Chappell, United States Magistrate Judge (Doc. # 307).  Plaintiff filed an objection to the report and recommendation (Doc. # 308) on October 19, 2012.  Defendants Banyan Title and Escrow, Inc. and Steven O. Shaffer filed a response in opposition to Plaintiff's objections (Doc. # 310) on October 30, 2012, and

Defendants America's First Home, LLP, America's First Home of Southwest Florida, LLP, and Barry E. Frey filed a response in opposition to Plaintiff's objections (Doc. # 311) on November 1, 2012.   Being fully advised in the premises, the Court overrules Plaintiff's objections and adopts the report and recommendation of the Magistrate Judge.

## **Analysis**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).   In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C).   The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the

findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the Magistrate Judge and the recommendation of the Magistrate Judge.

Accordingly, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1)   The report and recommendation of Sheri Polster Chappell, United States Magistrate Judge (Doc. # 307), is **ACCEPTED** and **ADOPTED**.

(2)   Banyan Title and Escrow, Inc.'s and Steven O. Shaffer's Motion to Dismiss the Fourth Amended Complaint with Prejudice (Doc. #282) is **GRANTED** and these Defendants are dismissed from this action with prejudice.

(3)   Defendant Barry E. Frey, Individually and as President for America's First Home, LLP and America's First Home of Southwest Florida, LLP's Motion to Dismiss (Doc. # 283) is **GRANTED** and these Defendants are dismissed from this action with prejudice.

(4)   Defendants America's First Home, LLP and America's First Home of Southwest Florida, LLP's Motion to Dismiss the Fourth Amended Complaint (Doc. # 284) is **GRANTED** and these Defendants are dismissed from this action with

3

prejudice.

(5)   Defendants Royal Palm Mortgage and John Murnane's Motion to Dismiss Fourth Amended Complaint (Doc. # 286) is **GRANTED** and these Defendants are dismissed from this action with prejudice.

(6)   Defendants Royal Palm Mortgage and John Murnane's Motion to Dismiss Fourth Amended Complaint (Doc. # 287) is **DENIED AS MOOT** as it is a duplicative filing.

(7)   Defendant Nancy Cameron's Motion to Dismiss Fourth Amended Complaint with Prejudice (Doc. # 288) is **GRANTED in part and DENIED in part.** Defendant Nancy Cameron's request to dismiss the mismanagement and conversion of funds count against her is granted and the request to dismiss the negligence claim against her is denied.

(8)   Defendant Investment Brokers of SW Florida, Inc.'s Motion to Dismiss Fourth Amended Complaint with Prejudice (Doc. # 289) is **GRANTED in part and DENIED in part.** Defendant Investment Broker's request to dismiss the mismanagement and conversion of funds count against it is granted and the request to dismiss the negligence claim against it is denied.

(9)   Plaintiff's cross motion for leave to amend his Fourth Amended Complaint is **DENIED.**

**DONE** and **ORDERED** in Fort Myers, Florida, this 2nd day of November, 2012.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE


Copies: All Counsel of Record