UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL FELLNER,

    Plaintiff,

v.                                                           Case No: 2:10-cv-155-Ftm-99SPC

KERRY CAMERON, et al.,

    Defendants.

_____/

## ORDER

This matter comes before the Court on Amended Stipulated Motion to Extend Deadlines Set Pursuant to the Amended Case Management and Scheduling Order and Subsequent Deadlines (Doc. #339) filed on February 4, 2013. The Parties request that the deadlines in this matter be extended an additional 120 days to allow counsel and their clients to adequately prepare for trial, including all pretrial requirements. The Court will deny the Motion at this time. The Court will discuss the issues raised by counsel at the final pre-trial conference set for February 7, 2013. (Doc. #337).

Accordingly, it is now

**ORDERED:**

(1) Amended Stipulated Motion to Extend Deadlines Set Pursuant to the Amended Case Management and Scheduling Order and Subsequent Deadlines (Doc. #339) is **DENIED without prejudice**. The Court will discuss the issues raised by counsel at the final pre-trial conference set for February 7, 2013.

(2) Amended Stipulated Motion to Extend Deadlines Set Pursuant to the Amended Case Management and Scheduling Order and Subsequent Deadlines (Doc. #340) is **DENIED as duplicative.**

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of February, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record