**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

DANIEL FELLNER,

    Plaintiff,

v.                                            Case No: 2:10-cv-155-FtM-38UAM

KERRY CAMERON, NANCY
CAMERON, INVESTMENT
BROKERS OF SW FLORIDA, INC.,
US BANK NATIONAL
ASSOCIATION, RIVERSIDE BANK
OF THE GULF COAST, SECURITY
NATIONAL MORTGAGE COMPANY
OF UTAH, AMERICAS SERVICING
COMPANY, WELLS FARGO BANK,
NA, AMERICAS FIRST HOME,
AMERICAS FIRST HOME OF
SOUTHWEST FLORIDA and
SECURITYNATIONAL MORTGAGE
COMPANY,

    Defendants.
_____/

**ORDER**

This matter comes before the Court on the Suggestion of Death filed by the Defendants, Kerry Cameron, Nancy Cameron and Investment Brokers of SW Florida, Inc. (Doc. # 359) filed on March 5, 2013.

On March 1, 2013, a minute entry (Doc. # 357) was entered into the record by the Court noting that the Parties had settled the case just prior to the tragic death of the Defendant Kerry Cameron. After the Defendant filed the Suggestion of Death, the Court issued a ninety (90) day stay. On May 29, 2013, the case was reassigned to the

undersigned District Judge.  The time for the stay has now expired and the Court needs to know the current status of the case.

Accordingly, it is now

**ORDERED:**

The Plaintiff Daniel Fellner shall provide the Court with a Status Report of the case and state whether or not a settlement has been reached or if the Plaintiff intends to pursue the case to trial against the remaining Defendants or substitute another defendant for the decedent pursuant to Fed. R. Civ. P. 25. The Plaintiff has up to and including **July 25, 2013**, to file the Status Report with the Court or in the alternative file a Notice of Settlement.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of July, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record