UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL FELLNER,

    Plaintiff,

v.   Case No:   2:10-cv-155-FtM-38CM

NANCY CAMERON, INVESTMENT BROKERS OF SW FLORIDA, INC. and ANTHONY CUBELLO,

    Defendants.
_____/

### **ORDER**[1]

On March 18, 2015, the Court entered an Order (Doc. #419) administratively closing the case for a period of time to allow the parties to submit final documents. The Parties have now submitted their Stipulation of Dismissal (Doc. #420) dismissing all claims against the Defendants with prejudice. All Parties will bear their own fees, costs, and expenses.

Accordingly, it is hereby **ORDERED:**

The Clerk of the Court shall enter judgment accordingly, dismiss the case with prejudice, terminate any pending motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of May, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.